Filed: 6/6/2023 4:13 PM
Michael Gould
District Clerk
Collin County, Texas
By Rachel Bail Deputy
Envelope ID: 76348841

CAUSE NO. 401-02870-2023 _____

| | | |
|---|---|---|
| **HARBOR LAKES HOMEOWNERS ASSOCIATION, INC. AND TEXAS STAR COMMUNITY MANAGEMENT, INC.,** | § § § § § | **IN THE DISTRICT COURT OF** |
| PLAINTIFFS, | § § | |
| VS. | § § | _____ **JUDICIAL DISTRICT** |
| **TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,** | § § § § | |
| DEFENDANT. | § | **COLLIN COUNTY, TEXAS** |

## PLAINTIFFS' ORIGINAL PETITION

Plaintiffs Harbor Lakes Homeowners Association, Inc. and Texas Star Community Management, Inc. file this lawsuit against Defendant Travelers Casualty and Surety Company of America, and state the following:

### I.
### PARTIES

Harbor Lakes Homeowners Association, Inc. ("Harbor Lakes") is a Texas citizen licensed to do business in the State of Texas, with its principal place of business in Hood County, Texas.

Texas Star Community Management, Inc. ("Texas Star") is a Texas citizen licensed to do business in the State of Texas, with its principal place of business in Collin County, Texas.

Travelers Casualty and Surety Company of America ("Travelers") is an insurance company formed and existing under the law of Connecticut, with its principal place of business in Hartford, Connecticut.  Travelers may be served by and through its registered agent for service of process, Corporation Service Company, 211 East 7th Street, Suite 620, Austin, Texas  78701-3218.  Harbor Lakes and Texas Star will arrange for private service of process.

Copy from re:SearchTX

## II.
## JURISDICTION AND VENUE

Jurisdiction is proper in this Court because Plaintiffs seek relief that is within the jurisdictional limits of this Court. Venue is proper in Collin County, Texas because the claims asserted in this lawsuit arose in whole or in part in Collin County, Texas.

## III.
## TEX. R. CIV. P. 47 STATEMENT

Pursuant to Rule 47 of the Texas Rules of Civil Procedure, Plaintiffs are asserting breach of contract claims against Travelers, and are also seeking statutory penalties pursuant to the Texas Insurance Code.

Plaintiffs are seeking monetary relief of over $250,000 but not more than $1,000,000.

## IV.
## DISCOVERY LEVEL

Plaintiffs intend for discovery to be conducted under Level II pursuant to Rule 190 of the Texas Rules of Civil Procedure.

## V.
## CONDITIONS PRECEDENT

Pursuant to Rule 54 of the Texas Rules of Civil Procedure, Plaintiffs would respectfully show that all conditions precedent have been performed, have occurred, or have been waived.

## VI.
## FACTUAL BACKGROUND

A.  **Travelers breached its duty to defend Texas Star in the Breach of Contract Lawsuit.**

Harbor Lakes is a homeowners' association. Harbor Lakes hired Texas Star to act as its management company.

Copy from re:SearchTX

Harbor Lakes was sued by one of its members in *Scott R. Hoyt V. Harbor Lakes Homeowners Association, Inc.*, Cause No. C20194150 in the 355th Judicial District Court of Hood County, Texas (the "Underlying Lawsuit"). Harbor Lakes provided its own defense in the Underlying Lawsuit, and paid the cost of settling such lawsuit.

Harbor Lakes subsequently filed a lawsuit against Texas Star in *Harbor Lakes Homeowners Association, Inc. v. Liberty Insurance Underwriters, Inc.,* Cause No. 471-03226-2020 in the 471st Judicial District Court of Collin County, Texas (the "Breach of Contract Lawsuit"). In the Breach of Contract Lawsuit, Harbor Lakes alleged that Texas Star breached its management agreement by failing to timely report Mr. Hoyt's claim to Harbor Lakes' insurer(s). Harbor Lakes sought from Texas Star the amounts which Harbor Lakes incurred defending and settling Mr. Hoyt's claims.

Travelers issued insurance policy number 106684354 (the "Travelers Policy") to Texas Star, which was in effect at all pertinent times. Texas Star promptly notified Travelers of the Breach of Contract Lawsuit, and forwarded Harbor Lakes' petition. Despite the fact that Harbor Lakes' claims fell within the scope of the Travelers Policy, Travelers wrongfully denied Texas Star's request for a defense.

As a result of Travelers' denial of Texas Star's request for a defense, Texas Star was forced to defend itself in the Breach of Contract Lawsuit. Through this lawsuit, Texas Star seeks recovery of these defense costs from Travelers.

Copy from re:SearchTX

B. **Travelers anticipatorily breached its duty to indemnify Texas Star with respect to the Breach of Contract Lawsuit.**

Travelers denied its duty to indemnify in the Breach of Contract Lawsuit at the same time that it denied its duty to defend, based on nothing more than the allegations in the pleadings. This denial was premature and improper.

Having been abandoned by Travelers, and facing a lawsuit in which the defense costs could far exceed Harbor Lakes' damages, Texas Star had no choice but to settle the Breach of Contract Lawsuit. Therefore, on March 21, 2023, Harbor Lakes and Texas Star entered into a Rule 11 Settlement Agreement, which was followed by a formal settlement agreement dated March 23, 2023 (collectively, the "Settlement Agreement"). In that the terms of the Settlement Agreement are confidential, Harbor Lakes and Texas Star will submit the Settlement Agreement to the Court under seal.

## VII.
## CAUSES OF ACTION

In that the facts alleged in the Breach of Contract Lawsuit petition were not submitted to the finder of fact for determination, a trial or evidentiary hearing will be necessary in this lawsuit. Texas Star's liability for Harbor Lakes' damages, and the extent of Harbor Lakes' damages, will be established consistent with the principles set forth in *Great American Insurance Company v. Hamel*, 525 S.W.3d 655 (Tex. 2017).

A. **Breach of Contract (Texas Star)**

Texas Star incorporates each and every allegation set forth above.

Travelers was obligated under the Travelers Policy to defend Texas Star in the Breach of Contract Lawsuit. Travelers' refusal, as described above, to defend or pay for the defense of Texas Star in the Breach of Contract Lawsuit constitutes a material breach of the insurance contract.

Copy from re:SearchTX

Texas Star seeks from Travelers the amounts Texas Star that Texas Star was forced to pay or incur in connection with the defense of the Breach of Contract Lawsuit.

Travelers also was obligated under the Travelers Policy to indemnify Texas Star in the Breach of Contract Lawsuit. Travelers' refusal to indemnify Texas Star in the Breach of Contract Lawsuit constitutes a material breach of the insurance contract. Texas Star seeks from Travelers the amounts Texas Star has paid, or in the future will pay, in connection with the settlement of the Breach of Contract Lawsuit.

**B.     Breach of Contract (Harbor Lakes)**

Harbor Lakes incorporates each and every allegation set forth above.

Travelers was obligated under the Travelers Policy to indemnify Texas Star in connection with the Breach of Contract Lawsuit. Travelers anticipatorily breached this duty when it denied coverage based on nothing more than the allegations contained in the Breach of Contract Lawsuit.

As a settling party, Harbor Lakes is a third-party beneficiary of the Travelers Policy. Harbor Lakes seeks from Travelers the damages it sustained in defending and settling the Underlying Lawsuit (to the extent such damages exceed the damages set forth in the Settlement Agreement), and in prosecuting the Breach of Contract Lawsuit.

**C.     Violation of the Prompt Payment of Claims Act (Texas Star and Harbor Lakes)**

Travelers has violated Texas Insurance Code section 542.051 *et seq.*, or the Prompt Payment of Claims Act. Travelers is liable for Texas Star's claims (*i.e.* reimbursement of Texas Star's defense costs in the Breach of Contract Lawsuit, and all amounts that Texas Star has paid, or in the future will pay, in connection with the settlement of the Breach of Contract Lawsuit) and had a statutory duty to pay the claim in a timely manner. Travelers likewise is liable for Harbor Lakes' claims (*i.e.* payment of all damages Harbor Lakes sustained defending and settling the

Underlying Suit, and in pursuing the Breach of Contract Suit, to the extent such amounts exceed the damages set forth in the Settlement Agreement), and has a statutory duty to pay the claims in a timely manner. Travelers' violations of the Prompt Payment of Claims Act subject Travelers to an 18% statutory penalty and reasonable attorneys' fees.

D.  **Attorneys' Fees (Texas Star and Harbor Lakes)**

Texas Star and Harbor Lakes were forced to engage legal representation in order to address their losses. Texas Star and Harbor Lakes are entitled to recover their attorneys' fees arising out of this coverage dispute under multiple authorities, including Section 542.060(A) of the Texas Insurance Code and Section 38.001 of the Texas Civil Practice and Remedies Code.

## PRAYER FOR RELIEF

Texas Star and Harbor Lakes respectfully request judgment against Travelers as follows:

1. Judgment awarding Texas Star all fees and expenses incurred in connection with its defense of the Breach of Contract Lawsuit;

2. Judgment awarding Texas Star all amounts paid or in the future to be paid in connection with its settlement of the Breach of Contract Lawsuit;

3. Judgment awarding Harbor Lakes all damages it sustained defending and settling the Underlying Lawsuit, and in pursuing the Breach of Contract Lawsuit, to the extent such damages exceed the damages specified in the Settlement Agreement;

4. Judgment awarding Texas Star and Harbor Lakes 18% statutory penalty for Travelers' violation of the Prompt Payment of Claims Act;

5. Judgment for the total costs of suit herein, including reasonable and necessary attorneys' fees and expenses; and

6. Judgment for such other and further relief as the Court may deem appropriate.

Copy from re:SearchTX

Respectfully submitted,

*/s/ Mark D. Johnson*

MARK D. JOHNSON
Texas Bar No. 10770175
ALEXANDER N. BEARD
Texas Bar No. 01970000
SAUNDERS, WALSH & BEARD
Craig Ranch Professional Plaza
6850 TPC Drive, Suite 210
McKinney, Texas 75070
Mark.Johnson@SaundersWalsh.com
Alex@SaundersWalsh.com
Telephone: 214-919-3555
Telecopier: 214-945-4060

Copy from re:SearchTX