# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| HARBOR LAKES HOMEOWNERS ASSOCIATION, INC., et al., | § § § | |
| *Plaintiffs,* | § § | Civil Action No. 4:23-cv-00620 |
| v. | § § | Judge Mazzant/Judge Davis |
| TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA, | § § § § | |
| *Defendant.* | § | |

### MEMORANDUM ADOPTING REPORT AND
### <u>RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE</u>

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On February 18, 2026, the Magistrate Judge entered a Report and Recommendation (Dkt. #22) that Defendant Travelers Casualty & Surety Company of America's Motion for Summary Judgment (Dkt. #14) be granted, Plaintiff Texas Star Community Management, LLC's Motion for Summary Judgment (Dkt. #13) be denied, and the Complaint (Dkt. #8) be dismissed with prejudice.

Having received the report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Defendant Travelers Casualty & Surety Company of America's Motion for Summary Judgment (Dkt. #14) is **GRANTED** and Plaintiff Texas Star Community Management, LLC's Motion for Summary Judgment (Dkt. #13) is **DENIED.**

It is **FURTHER ORDERED** that the Complaint (Dkt. #8) is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

**SIGNED this 6th day of March, 2026.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE